IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHNSTOWN

| | | |
|---|---|---|
| JESUS ERNESTO DIAZ GALLARDO, IVERSON JESUS DIAZ GOMEZ,<br><br>Petitioners,<br><br>vs.<br><br>WARDEN LEONARD ODDO, MICHAEL T. ROSE, MARKWAYNE MULLIN, TODD BLANCHE,<br><br>Respondents, | ) | 3:26-CV-01532-MJH |

**ORDER**

Before this Court is a Petition for Writ of Habeas Corpus on behalf of Petitioners Jesus Ernesto Diaz Gallardo and Iverson Jesus Diaz Gomez. Petitioner Gomez has a separate pro se habeas petition pending filing before this Court in a related case, at case number 3:26-cv-01542.[1] There is no authority for permitting multiple petitioners to file one single petition for habeas corpus relief under 28 U.S.C. § 2241. Accordingly, Petitioner Iverson Jesus Diaz Gomez is terminated as a Petitioner in this case. The Court will consider the Petition in this case only as it relates to Mr. Gallardo.

[1] The Court notes that Petitioner Gomez failed to pay the filing fee or submit an application to proceed in forma pauperis in his related case, which was transferred to this Court from the United States District Court Middle District of Pennsylvania. Once this Court receives Mr. Gomez's filing fee or an application to proceed IFP, his Petition for Writ of Habeas Corpus will be filed, and the Court will address said petition.

This order will also be filed in Mr. Gomez's related case before this Court, at case number 3:26-cv-01542.

DATED: August 19, 2026

BY THE COURT: