# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESUS DIAZ GALLARDO, | ) | |
| | ) | Case No. 3:26-cv-01532 |
| Petitioner, | ) | |
| | ) | U.S. District Judge |
| v. | ) | The Honorable Marilyn Horan |
| | ) | |
| LEONARD ODDO, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER**

AND NOW, this 12TH day of November, 2026, upon consideration of Petitioner's Motion for Leave to File Reply,

IT IS HEREBY ORDERED that the Motion is GRANTED. IT IS FURTHRE ORDERED that a Video Status Conference is set for November 17, 2026 at 9:00AM. Chambers will email a link to appear by video.

Marilyn J. Horan

UNITED STATES DISTRICT JUDGE